| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Pregerson, Dean D. | 2. Court or Organization<br><br>Central District of California | 3. Date of Report<br><br>07/14/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5a. Report Type (check appropriate type)<br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>312 N. Spring Street<br>Los Angeles, CA 90012 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | Salvation Army Los Angeles Metropolitan |
| 2. | Custodian | West,pimt Asset Management U/CA/UTMA |
| 3. | Custodian | West,pimt Asset Management U/CA/UTMA |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 07/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Metlife Insurance Co. Annuity | $66,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | MorganStanley | Portfolio CreditLine | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Community Property A/C (H) | | | | | | | | | |
| 2. - Microsoft | D | Dividend | N | T | | | | | |
| 3. - Metlife Ins Co of Connecticut Annuity | | None | M | T | Distributed (part) | 12/31/14 | L | | |
| 4. Child B (H) | | | | | | | | | |
| 5. - Wendys International Inc | A | Dividend | J | T | | | | | |
| 6. - Israel Due 2014 7th Dev B | A | Dividend | | | Redeemed | 01/07/14 | J | A | |
| 7. - Angel Oak Multi Strategy | A | Dividend | J | T | Sold (part) | 12/12/14 | J | A | |
| 8. - FMI Large Cap | B | Dividend | J | T | | | | | |
| 9. - Fidelity Contrafund | B | Dividend | K | T | | | | | |
| 10. - JP Morgan Mid-Cap Value Fund | A | Dividend | J | T | Buy (add'l) | 12/16/14 | J | | |
| 11. - Loomis Sayles Small Cap Growth | A | Dividend | J | T | | | | | |
| 12. - Touchstone Small Cap Core | A | Dividend | J | T | | | | | |
| 13. - Artisan International Fund | A | Dividend | J | T | | | | | |
| 14. - Dodge & Cox International Stock Fund | A | Dividend | J | T | | | | | |
| 15. - Oakmark International Small Cap Fund | A | Dividend | J | T | | | | | |
| 16. - Aston/River Road Independent Value | A | Dividend | J | T | Sold (part) | 11/03/14 | J | A | |
| 17. - Center Coast MLP Focus Instl | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Riverpark Short Term Hi Yield | A | Dividend | J | T | | | | | |
| 19. - Stoneridge Reinsurance Risk | A | Dividend | J | T | | | | | |
| 20. - DoubleLine Total Return Bond I | A | Int./Div. | J | T | Sold (part) | 01/08/14 | J | A | |
| 21. - Vanguard Interim-Te04/29rm Tax-Exempt Bond Fund | A | Int./Div. | J | T | | | | | |
| 22. - Schwab AMT Tax-Free Money Fund | A | Int./Div. | J | T | | | | | |
| 23. - ING Midcap Oppty Fund now Voya Midcap Opportunities 2014 | A | Dividend | J | T | | | | | |
| 24. - Mainstay Marketfield Fund | A | Dividend | J | T | Sold (part) | 11/03/14 | J | A | |
| 25. - Wasatch Emrg Mkt Small Cap | A | Dividend | J | T | | | | | |
| 26. - Wasatch Frontier Emerging Sm Cap | A | Dividend | J | T | | | | | |
| 27. - Yacktman Fund | A | Dividend | K | T | | | | | |
| 28. AB Global Evolution Frontier Mkts Income | A | Dividend | J | T | Buy | 11/05/14 | J | | |
| 29. Palmer Square Income Plus Fund | A | Dividend | J | T | Buy | 03/12/14 | J | | |
| 30. Scout Unconstrained Bond Fd | A | Dividend | | | Buy | 01/10/14 | J | | |
| 31. | | | | | Sold | 03/10/14 | J | A | |
| 32. ▨ D (H) | | | | | | | | | |
| 33. - Oakmark International Small Cap Fund | | | | | Merged (with line 15) | 01/15/14 | J | | |
| 34. - MainStay Marketfield Fund | | | | | Merged (with line 24) | 01/15/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - RiverNorth Corp Opportunity Fund | | | | | Sold | 01/15/14 | J | A | |
| 36. - Double Line Total Return Bond I | | | | | Merged (with line 20) | 01/15/14 | J | | |
| 37. - Schwab AMT Tax-Free Money Fund | | | | | Merged (with line 22) | 01/15/14 | J | | |
| 38. - Wasatch Emerging Markets Sm Cap | | | | | Merged (with line 25) | 01/15/14 | J | | |
| 39. - AMG Yacktman Fund | | | | | Merged (with line 27) | 01/15/14 | J | | |
| 40. Fiduciary Cap Pension Parts DDP | | None | | | Distributed | 01/01/14 | J | | |
| 41. IRA #1 (H) | | | | | | | | | |
| 42. -Schwab Money Market | A | Interest | J | T | | | | | |
| 43. FMI Large Cap | D | Dividend | M | T | Sold (part) | 06/30/14 | J | B | |
| 44. Fidelity Contrafund | D | Dividend | M | T | | | | | |
| 45. JP Morgan Mid-Cap Value Fund | C | Dividend | K | T | Sold (part) | 06/30/14 | J | A | |
| 46. Loomis Sayles Small Cap Growth | C | Dividend | K | T | | | | | |
| 47. Touchstone Small Cap Core | C | Dividend | K | T | | | | | |
| 48. Artisan International Fund | A | Dividend | L | T | | | | | |
| 49. Dodge & Cox International Stock Fund | B | Dividend | L | T | Buy (add'l) | 12/19/14 | J | | |
| 50. Oakmark International Small Cap Fund | C | Dividend | K | T | | | | | |
| 51. Aston/River Road INdependent Value | C | Dividend | L | T | Sold (part) | 11/03/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mainstay Marketfield Fund | A | Dividend | L | T | Sold (part) | 11/03/14 | K | D | |
| 53. UBS E-Tracs Alerian MLP Infrastructure ET'N. | C | Dividend | L | T | | | | | |
| 54. DoubleLine Total Return Bond I | B | Interest | K | T | Sold (part) | 11/20/14 | J | A | |
| 55. Angel Oak Multi-Strategy Income | C | Dividend | K | T | Sold (part) | 11/20/14 | K | A | |
| 56. ING Mid Cap changed to Voya MidCap Opportunities in 2014 | C | Dividend | K | T | | | | | |
| 57. Wasatch Emerging Market Small Cap | A | Dividend | K | T | | | | | |
| 58. Yacktman Fund | C | Dividend | M | T | Buy (add'l) | 12/26/14 | J | | |
| 59. Riverpark Short Term Hi Yield | B | Dividend | K | T | | | | | |
| 60. Scout Unconstrained Bond Fund | A | Dividend | | | Sold | 03/13/14 | K | A | |
| 61. Semper MBS Total Return | A | Dividend | | | Sold | 11/20/14 | J | A | |
| 62. StoneRidge Reinsurance Risk Premium Fd | D | Dividend | L | T | Buy (add'l) | 12/12/14 | J | | |
| 63. Wasatch Frontier Emerging Sm Countries | A | Dividend | K | T | | | | | |
| 64. AB Global Evolution Frontier Mkts | A | Dividend | M | T | Buy | 11/05/14 | L | | |
| 65. Legg Mason BW Alternative Cr. Fd | B | Dividend | K | T | Buy | 11/24/14 | K | | |
| 66. Palmer Square Income Plus Fund | B | Dividend | K | T | Buy | 03/17/14 | K | | |
| 67. IRA #2 (H) | | | | | | | | | |
| 68. Angel Oak Multi-Strategy Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Double Line Total Return Bond | A | Dividend | J | T | | | | | |
| 70. PIMCO Total Return Fund | A | Dividend | J | T | | | | | |
| 71. Aston River Road | A | Dividend | J | T | | | | | |
| 72. Dodge & Cox International Stock Fund | A | Dividend | J | T | | | | | |
| 73. Fidelity Contra Fund | A | Dividend | J | T | | | | | |
| 74. FMI Large Cap | A | Dividend | J | T | | | | | |
| 75. Mainstay Marketfield Fund | A | Dividend | J | T | | | | | |
| 76. Morgan Stanley Mid Cap | A | Dividend | | | Sold | 03/11/14 | J | A | |
| 77. Oakmark International Sm Cap Fd | A | Dividend | J | T | | | | | |
| 78. Touchstone Small Cap Core | A | Dividend | J | T | | | | | |
| 79. Voya Midcap Opportunity Fund | A | Dividend | J | T | Buy | 03/11/14 | J | | |
| 80. UBS AG Jersey | A | Dividend | J | T | | | | | |
| 81. AM Yacktman Fund | A | Dividend | J | T | | | | | |
| 82. Stoneridge Reinsurance Risk Premium Fund | A | Dividend | J | T | | | | | |
| 83. Wasatch Frontier Emerging Sm Countries | A | Dividend | J | T | | | | | |
| 84. Schwab MM | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 07/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 07/14/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dean D. Pregerson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544